STATE OF CONNECTICUT *v.* OSCAR HARVEY

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 225 (AC 22355), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Proloy K. Das*, special deputy assistant state's attorney, in opposition.

Decided September 4, 2003

STATE OF CONNECTICUT *v.* PIERRE STEWART

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 393 (AC 22465), is denied.

*Mary Anne Royle*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided September 4, 2003